# D E C A F

## Debt Education and Certification Foundation

Certificate Number:   27000-NCW-CC-162377423564

# Certificate of Credit Counseling

I certify that on  June 15th, 2021 , at  11:23 AM  o'clock  CDT

Elizabeth Walker  received from Debt Education and Certification

Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling

in the Western District of North Carolina, an individual briefing (including a briefing conducted

by phone) that complied with the provisions of 11 U.S.C. §§ 109(h)

 and 111.  A debt repayment plan was not prepared.


Date:  June 15th, 2021

By:    /s/Crystal Towner

Name:  Crystal Towner

Title:  Counselor


Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).