Illinois Record of Deeds office.  A true and correct copy of the mortgage is attached hereto as