

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 21−40122
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
　Elizabeth (nmn) Walker
　2664 Conley Rd
　Morganton, NC 28655−8840
　Social Security No.: xxx−xx−6717

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 07/16/2021 as document # 6 is defective for the reason(s) marked below:

　Incorrect PDF image file attached to the document entry.

PLEASE TAKE NOTICE that if the above−referenced items are not corrected or satisfied within five (5) business days, the court will deem the filing as deficient and enter an order to strike the filing from the record as null and void.

Dated: July 19, 2021　　　　　　　　　　　　　　　　　　　　　　　　Steven T. Salata
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Electronically filed and signed (7/19/21)