# D.E.C.A.F

DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number: 27000-NCW-DE-162819107967
Bankruptcy Case Number: 21-40122

## Certificate of Debtor Education

I certify that on August 5th, 2021, at 02:17 PM o'clock CDT

Elizabeth Walker completed a course on personal financial management

given by phone by Debt Education and Certification Foundation, a provider

approved pursuant to 11 U.S.C. § 111 to provide an instructional course

concerning personal financial management in the Western District of North Carolina.


Date: August 5th, 2021

By: /s/Brianna Glynn

Name: Brianna Glynn

Title: Counselor