# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Elizabeth nmn Walker** | Case No. 21-40122 |
| **Debtor(s).** | |

## WITHDRAWAL OF RESPONSE AND REQUEST FOR HEARING

NOW COMES Jimmy R. Summerlin, Jr., Chapter 7 Trustee (the "Trustee") herein, and provides notice of the withdrawal of his Response and Request for Hearing (Docket No. 9) relating to the Motion for Relief from Stay filed by Specialized Loan Servicing, LLC.

Dated: August 24, 2021      /s/ Jimmy R. Summerlin, Jr.
                                                          Jimmy R. Summerlin, Jr.
                                                          Chapter 7 Trustee
                                                          N.C. State Bar No. 31819
                                                          P.O. Drawer 2428
                                                          Hickory, NC 28603
                                                          Telephone: 828-322-4663
                                                          Facsimile: 828-324-2431

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Elizabeth nmn Walker | Case No. 21-40122 |
| **Debtor(s).** | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing document were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case on August 24, 2021:

Christine M. Lamb (VIA CM/ECF)

Roderick H. Willcox, Jr. (VIA CM/ECF)

Dated: August 24, 2021.
/s/ Jimmy R. Summerlin, Jr
Jimmy R. Summerlin, Jr., Chapter 7 Trustee
N.C. State Bar No. 31819
P.O. Drawer 2428
Hickory, NC 28601
Telephone: 828-322-4663