

FILED & JUDGMENT ENTERED
Steven T. Salata

August 27 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

ELIZABETH (NMN) WALKER

CASE NO. 21-40122

Chapter 7

Debtor(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

THIS CAUSE coming on to be heard and being heard before the undersigned United States Bankruptcy Judge for the Western District of North Carolina, upon the motion of Specialized Loan Servicing LLC, servicing agent for SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U. S. Bank National Association, as Trustee ("Movant") for relief from the automatic stay to allow foreclosure on the Debtor(s)'s property located at 10026 S. Aberdeen Street, Chicago, Illinois 60643 (the "Property"), subject to a mortgage recorded in the Cook County, Illinois Recorder of Deeds Office (the "Mortgage").  After a review of the record, the court finds and concludes as follows: that adequate notice of this matter was given to the appropriate parties as required by the appropriate Bankruptcy Rules; that the Debtor intends to surrender the Property; that there is no equity in the Property from which the bankruptcy estate could benefit; Movant is without adequate protection; and, as such, good cause has been shown to grant the Motion.

NOW THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Movant is granted relief from the automatic stay provided by Title 11 U.S.C., Sections 362 et. seq., and that Movant or its agent(s) and assign(s) is allowed to exercise its rights against Property pursuant to the terms of the Mortgage and applicable state law.

All communications or notices required by state law, sent by Movant in connection with proceedings against the Property, may be sent directly to the Debtor.

This Order shall be effective on the date entered and the stay of the Order pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

This Order has been signed
electronically.  The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court