United States Bankruptcy Court

Western District of North Carolina

In re:                                                                                           Case No. 21-40122-jcw

Elizabeth (nmn) Walker                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0419-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 25, 2021 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elizabeth (nmn) Walker, 2664 Conley Rd, Morganton, NC 28655-8840 |
| 6190441 | | Burke County Tax Office, PO Box 219, Morganton, NC 28680-0219 |
| 6190442 | | City of Chicago Utility Billing, PO Box 6330, Chicago, IL 60680-6330 |
| 6190449 | + | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 6190458 | | US Attorney's Office, 100 Otis St, Asheville, NC 28801-2608 |
| 6190459 | + | US Attorneys Office, 227 W Trade St Ste 1700, Charlotte, NC 28202-3218 |
| 6190461 | | US Bank, Oshkosh, WI 54901 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6190443 | | EDI: DISCOVER.COM | Oct 25 2021 22:23:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 6190444 | | EDI: DISCOVER.COM | Oct 25 2021 22:23:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 6190445 | | EDI: DISCOVER.COM | Oct 25 2021 22:23:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 6190446 | | EDI: DISCOVERPL | Oct 25 2021 22:23:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 6190447 | | EDI: IRS.COM | Oct 25 2021 22:23:00 | Internal Revenue Service, 320 Federal Pl, Greensboro, NC 27401-2718 |
| 6190448 | | EDI: NCDEPREV.COM | Oct 25 2021 22:23:00 | NC Department of Revenue, PO Box 25000, Raleigh, NC 27640-0100 |
| 6190753 | | EDI: NCDEPREV.COM | Oct 25 2021 22:23:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 6190741 | + | EDI: RECOVERYCORP.COM | Oct 25 2021 22:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 6190451 | | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 6190452 | | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Syncb/Care Credit DC, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 6190454 | | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Syncb/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 6190450 | | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 6190453 | | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 6190744 | + | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA |

Case 21-40122  Doc 15  Filed 10/27/21  Entered 10/28/21 00:33:45  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0419-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: 318 | Total Noticed: 27 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 6190455 | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 6190456 | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 6190457 | EDI: RMSC.COM | Oct 25 2021 22:23:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 6190460 | EDI: USBANKARS.COM | Oct 25 2021 22:23:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 6190462 | Email/Text: bae_notices@ncwba.uscourts.gov | Oct 25 2021 18:14:00 | US Bankruptcy Administrator, 402 W Trade St Ste 200, Charlotte, NC 28202-1673 |
| 6190463 | EDI: WFFC.COM | Oct 25 2021 22:23:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Specialized Loan Servicing LLC, Servicing Agent |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 6190752 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christine M. Lamb | on behalf of Creditor Specialized Loan Servicing LLC  Servicing Agent jgilleland@hnftlaw.com, clamb@hnftlaw.com |
| Jimmy R. Summerlin, Jr | trustee@hickorylaw.com  debbieb@hickorylaw.com;NC63@ecfcbis.com |
| Roderick H. Willcox, Jr. | on behalf of Debtor Elizabeth (nmn) Walker attywill@bellsouth.net  G20659@notify.cincompass.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Elizabeth (nmn) Walker <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6717 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number:   21–40122 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elizabeth (nmn) Walker

10/25/21

**By the court:** J. Craig Whitley
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318           **Order of Discharge**           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**