| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Elizabeth (nmn) Walker<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6717<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 21–40122 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Jimmy R. Summerlin Jr is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: November 1, 2021
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (11/1/21)