United States Bankruptcy Court

Western District of North Carolina

In re:                                                                                          Case No. 21-40122-jcw

Elizabeth (nmn) Walker                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0419-4                                    User: admin                                              Page 1 of 1

Date Rcvd: Nov 01, 2021                           Form ID: 150                                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elizabeth (nmn) Walker, 2664 Conley Rd, Morganton, NC 28655-8840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christine M. Lamb | on behalf of Creditor Specialized Loan Servicing LLC  Servicing Agent jgilleland@hnftlaw.com, clamb@hnftlaw.com |
| Jimmy R. Summerlin, Jr | trustee@hickorylaw.com  debbieb@hickorylaw.com;NC63@ecfcbis.com |
| Roderick H. Willcox, Jr. | on behalf of Debtor Elizabeth (nmn) Walker attywill@bellsouth.net  G20659@notify.cincompass.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Elizabeth (nmn) Walker | Social Security number or ITIN   xxx–xx–6717 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 21–40122 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ Jimmy R. Summerlin Jr is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- ♦ The chapter 7 case of the above named debtor is closed.
- ♦ Trustee's Final Report is Approved.

Dated: November 1, 2021
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (11/1/21)